

# In the Missouri Court of Appeals
# Eastern District

JUNE 2, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101088     ROBERT LYNCH, APP V DIRECTOR OF REVENUE, RES

2.      ED101175 STATE OF MISSOURI, RES V DARRELL WOODS, APP

3.      ED101935 WAYNE WOLTERING, APP V STATE OF MISSOURI, RES